# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED DRILLING, INC., a
New Mexico corporation,

Plaintiff,

v. No. CIV                                                                                       11-00977 CG/KBM

EXL PETROLEUM, L.P., a
Texas limited partnership,

Defendant.

## ORDER GRANTING SUBSTITUTION OF COUNSEL

The Court, having considered the Motion for Withdraw (Doc. 13) filed by Dave Thomas & Associates, P.C., specifically David H. Thomas, III, and substituting Floyd Wilson as counsel for United Drilling, Inc., finds that the Motion is well taken.

IT IS THEREFORE ORDERED, that the firm of Dave Thomas & Associates, P.C. and specifically the attorney David H. Thomas, III, is hereby allowed to withdraw as attorney of record for United Drilling, Inc. Attorney Floyd Wilson is substituted as counsel in this matter.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

APPROVED:

/s/ David H. Thomas, III
David H. Thomas, III
Dave Thomas & Associates, P.C.
4811 Hardware Dr. NE C-1
Albuquerque, New Mexico 87109
(505) 883-8787

<u>Approved by E-mail 12/16/2011</u>
Floyd Wilson
Myers, Oliver & Price, P.C.
1401 Central Ave., NW
Albuquerque, NM 87104

<u>Approved by E-mail 12/16/2011</u>
Saun Guerrero
Fletcher Law Offices, P.C.
6 Desta Drive, Suite 5900
Midland, Texas 79705