UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED DRILLING, INC., a
New Mexico corporation,

    Plaintiff,

vs.                                              No. CV-00977 CG/KBM

EXL PETROLEUM, L.P., a
Texas limited partnership,

    Defendants.

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the parties' *Unopposed Motion for Dismissal of Claims.* (Doc. 21). The parties state that the case has settled.

**IT IS THEREFORE ORDERED** that the *Unopposed Motion for Dismissal of Claims*, (Doc. 21), be **GRANTED**. All claims that either party to this litigation has or could have filed against the other are hereby **DISMISSED WITH PREJUDICE**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE